Submitted on record and briefs March 22, fine vacated, order otherwise affirmed
April 13, 1988

BERNIE SHOEMAKER,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(09-87-094; CA A46174)

752 P2d 352

Gary D. Babcock, Public Defender, Salem, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Scott McAlister, Assistant Attorney General, and Philip Schradle, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Petitioner challenges the imposition of a fine as part of the penalty for violation of a disciplinary rule. Respondent confesses error, and we agree. *Watson v. OSP,* 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.